# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:25CR113 |
| Plaintiff, | JUDGE Watson |
| vs. | INDICTMENT |
| LATRELL D. LEDBETTER, | 18 U.S.C. §§ 922(g)(1) and 924(a)(8) |
| Defendant. | FORFEITURE ALLEGATION |

**THE GRAND JURY CHARGES:**

## COUNT 1
### (Felon in Possession of a Firearm)

1. On or about December 14, 2023, in the Southern District of Ohio, the defendant, **LATRELL D. LEDBETTER**, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm, specifically, a Ruger, model AR-556, 5.56 caliber rifle, bearing serial number 853-61329, and a Taurus, model G3C, 9mm pistol, bearing serial number ADB973600, and associated ammunition, and the firearm and ammunition were in and affecting interstate and foreign commerce.

In violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(8).

## FORFEITURE ALLEGATION

2. The allegations contained in this Indictment are hereby re-alleged and incorporated here by reference for the purpose of alleging forfeitures to the United States of America under 18 U.S.C. § 924(d)(1).

3. Upon conviction of the offense alleged in Count 1 of the Indictment, the defendant, **LATRELL D. LEDBETTER**, shall forfeit to the United States all firearms and ammunition involved in or used in the offense, including: a Ruger, model AR-556, 5.56 caliber rifle, bearing serial number 853-61329, a Taurus, model G3C, 9mm pistol, bearing serial number ADB973600, and any associated ammunition.

**Forfeiture notice pursuant to 18 U.S.C. § 924(d)(1), 28 U.S.C. § 2461(c), and Rule 32.2 of the Federal Rules of Criminal Procedure.**

s/ Foreperson
Foreperson

KELLY A. NORRIS
ACTING UNITED STATES ATTORNEY

*[signature]*

DAMOUN DELAVIZ (PA 309631)
Assistant United States Attorney

2